PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-02827-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from May 30, 2017 to **June 30, 2017**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required because counsel for Defendant had to take family medical leave to care for her mother who had surgery last week. Due to unanticipated scheduled leave, counsel for Defendant did not have sufficient time to adequately research, analyze and respond to the issues presented by Plaintiff. Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the

Joint Stipulation and PO for Extension of Time; 2:16-CV-02827-AC

proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 24, 2017        /s/ *Joshua B. Kons
                           (*as authorized by email on May 24, 2017)
                           JOSHUA B. KONS
                           Attorney for Plaintiff


Dated:  May 24, 2017       PHILLIP A. TALBERT
                           United States Attorney
                           DEBORAH LEE STACHEL
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                    By     /s/  Tina L. Naicker
                           TINA L. NAICKER
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant
.

**ORDER**

APPROVED AND SO ORDERED:




DATED: June 6, 2017        _____
                           ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE