LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Fax: (312) 757-2273
joshuakons@konslaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 2:16-cv-02827-AC (SS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for opposing Defendant's Motion for Summary Judgment be extended for thirty (30) days from July 21, 2017 to August 21, 2017. This is Plaintiff's first request for an extension. Good cause exists to grant Plaintiff's request for extension. Additional time is required because counsel for Plaintiff – who is a solo practitioner – had an unexpected schedule change in that he has to take a highly important deposition of a corporate representative in Delaware relating to a complex, nationwide consumer class action case pending in bankruptcy court in Houston, Texas. This deposition was recently scheduled for July 21, 2017, and required a significant change to the Plaintiff counsel's schedule. Plaintiff's counsel respectfully requests additional time to

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 1-

properly prepare and file Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 7, 2017					By: /s/ Joshua B. Kons
								JOSHUA B. KONS
								Attorney for Plaintiff


Dated: July 7, 2017					PHILLIP A. TALBERT
								United States Attorney
								DEBORAH LEE STACHEL
								Regional Chief Counsel, Region IX
								Social Security Administration

								By: /s/ Tina L. Naicker*
								(*as authorized by email on July 7, 2017)

								TINA L. NAICKER
								Special Assistant U.S. Attorney
								Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:


DATED: July 10, 2017			 _____
								ALLISON CLAIRE
								UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

- 2 -